JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA MURATALLA an individual,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL AIRPORT SERVICES, LLC, a Delaware limited liability company; ALLIANCE GROUND INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 11-20, individuals; and DOES 21-30,<br><br>Respondents. | Case No. 2:23-cv-06074-SVW-SK<br>[Assigned to: Hon. Stephen V. Wilson]<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The court, having reviewed the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice and finding good cause, hereby ORDERS as follows:

   1. The Parties' Joint Stipulation is GRANTED.

   IT IS SO ORDERED.

Dated: November 29, 2023

_____
Hon. Stephen V. Wilson
United States District Judge